No. 9190. THE STATE OF MONTANA, EX REL., O. W. WALFORD, doing business as Walford Electric Company, RELATOR AND RESPONDENT, *v.* STATE BOARD OF EXAMINERS of the State of Montana, ET AL., APPELLANTS.

Decided March 28, 1952.

242 Pac. (2d) 275.

*Arnold H. Olsen,* Atty. Gen., *Thomas F. Joyce,* Asst. Atty. Gen., for Appellant.

*Ralph J. Anderson,* Helena, *George F. Higgins,* Missoula, for Respondent.

MR. CHIEF JUSTICE ADAIR:

On appellants' praecipe therefor, this appeal is ordered dismissed with prejudice.